# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID VAN ELZEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LIGHTHOUSE SALES & MARKETING, LLC, a Florida limited liability company,<br><br>*Defendant.* | Case No. 8:19-cv-02283<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff David Van Elzen hereby gives notice of the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative class's claim, with each party to bear its own attorneys' fees and costs.

Dated: October 23, 2019

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
Florida Bar No. 84382
KAUFMAN P.A.
400 N.W. 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff and all others similarly situated*

1